**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**STANLEY LEE BRADLEY, #73305**                                    **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 2:18-cv-196-TBM-LGI**

**FRANK SHAW**                                    **DEFENDANT**

**ORDER DENYING MOTION FOR**
**CERTIFICATE OF APPEALABILITY AS MOOT**

This cause is before the Court on the Motion for Certificate of Appealability [27] filed by Stanley

Lee Bradley on April 25, 2022. The Court finds that on March 28, 2022, the Court issued an Order [25]

denying a Certificate of Appealability. Accordingly, Bradley's Motion for Certificate of Appealability is

DENIED as MOOT.

THIS, the 26th day of April, 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE